```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

Teri Harchar,

    Plaintiff,

    v.                         Case No. 2:16-cv-973

General Motors Co.,
et al.,

    Defendants.

<u>ORDER</u>

This matter is before the court for consideration of the March 14, 2017, report and recommendation of the magistrate judge. The magistrate judge recommended the dismissal of instant case without prejudice pursuant to Fed. R. Civ. P. 4(m) as to defendant Matthew Shortland, on the ground that plaintiff has failed to show good cause for failing to timely serve this defendant within 120 days of filing the complaint.

The parties were advised that "the failure to object to the Report and Recommendation will result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." Doc. 13, p. 2. The time for filing objections has expired, and no objections have been filed.

The court adopts the report and recommendation (Doc. 13). Pursuant to Rule 4(m), Matthew Shortland is dismissed without prejudice as a defendant due to lack of service.

Date: March 31, 2017                    <u>    s/James L. Graham    </u>
                                                James L. Graham
                                              United States District Judge